**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1991**

———————————

DAVID M. HOPPER,

Plaintiff - Appellant,

versus

G. O. CLEMENS, Judge; ANTHONY WAYNE HENDRICK;
N.B. HANDY COMPANY; RYDER TRUCK RENTAL,
INCORPORATED,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Lynchburg. Jackson L. Kiser, Senior District
Judge. (CA-96-24-L)

———————————

Submitted: January 7, 1999        Decided: January 19, 1999

———————————

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David M. Hopper, Appellant Pro Se. Peter Robert Messitt, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Francis
Hewitt Casola, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Hopper appeals the district court's dismissal of his action brought under the Americans with Disability Act. We have reviewed the record and the reasons stated by the district court for the dismissal in the motions hearing and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hopper v. Clemens, No. CA-96-24-L (W.D. Va. June 17, 1996).

Hopper also seeks relief on the basis of his attorney's alleged malpractice. Relief in a civil case on the basis of ineffective assistance of counsel is a contractual matter between attorney and client and not within the jurisdiction of this Court in the present case. See Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986) (holding that there is no right to effective assistance of counsel in civil cases). Accordingly, we deny Hopper's motion to supplement the record and second motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED